IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00406-PAB-BNB

ROY D. EVANS, III,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file.  The spouse of my judicial assistant has entered an appearance on behalf of the defendant in this case.  Under 28 U.S.C. § 455(a), a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Here, because there may be an appearance of impropriety, I find that recusal is appropriate.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    DATED March 11, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge