IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,

    Plaintiff,
v.

CITY AND COUNTY OF DENVER,

    Defendant.

_____

ORDER WITHDRAWING ORDER OF REFERENCE AND ORDER VACATING ORDER SETTING SCHEDULING CONFERENCE
_____

    Upon reassignment of the referenced case to this Court, it is

    ORDERED that the Order of Reference to United States Magistrate Judge [2] entered February 23, 2011, and the Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting [3] entered March 4, 2011, are vacated.

    DATED:  March 15th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge