**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 21, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,                                              Gary D. Fielder

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,                                      Stuart L. Shapiro

     Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing Motion to Dismiss**

**10:58 a.m.      Court in session.**

Plaintiff present.

Mr. Fielder answers questions asked by the Court regarding second and third claims for relief.
Mr. Fielder states the second claim for relief is not asserted as facial invalidity of ordinance.

Argument by Mr. Shapiro.

**ORDERED:    Defendant's Motion to Dismiss [11], is denied with respect to the substantive and procedural due process (1st and 4th) claims for relief and granted with respect to the 2nd and 3rd claims for relief with 30 days (November 21, 2011) leave to amend.**

**Scheduling conference scheduled December 16, 2011 at 4:00 p.m.**

**Defendant shall file its answer with respect to the 1st and 4th claims for releif.**

**11:14 a.m.     Court in recess.**

Hearing concluded.  Total time: 16 min.