# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  December 16, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,                                         Gary D. Fielder

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,                                 Stuart L. Shapiro

     Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**9:56 a.m.     Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding the possibility of Mr. Fielder as a witness on the issue of notice.
Discussion regarding plaintiff's revenue raising contention, city ordinance and policy.
Discussion regarding discovery.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**Second proposed Scheduling Order submitted signed.**

**ORDERED:     Motion for Leave to Amend Scheduling Order [28], is moot.**

**10:11 a.m.     Court in recess.**

Hearing concluded.  Total time: 15  min.