IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary


      Plaintiff's unopposed motion to vacate the June 27, 2013, pretrial conference is granted.  The conference is **rescheduled for July 16, 2013, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed Final Pretrial Order must be submitted in paper form directly to chambers on or before **July 11, 2013, at 4:00 p.m.**


DATED:   June 19, 2013