IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

_____

ORDER SETTING DEADLINE FOR COUNSEL TO SUBMIT A MOTION TO DISMISS
OR A FURTHER STATUS REPORT
_____

    Upon review of the Status Report [59] filed September 27, 2013, it is

    ORDERED that the parties shall file a motion to dismiss or a further status report on or before October 31, 2013.

    DATED: September 30th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge