## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00406-RPM

ROY D. EVANS, III,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

_____

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice. Good grounds having been shown, it is therefore ORDERED that:

    The Stipulated Motion to Dismiss with Prejudice is GRANTED. The complaint is dismissed with prejudice, each party to pay their own attorney fees and costs.

    Dated this 9th day of October, 2013.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  RICHARD P. MATSCH
                                  United States Senior District Judge